## NATIONAL COUNCIL OF THE KNIGHTS AND LADIES OF SECURITY v. SOLOMON COUPLIN AND OTHERS.[1]

(Nineteen Cases.)

November 16, 1917.

Nos. 20,612, 20,613, 20,614, 20,615, 20,616, 20,617, 20,618, 20,619, 20,620, 20,621, 20,622, 20,623, 20,624, 20,625, 20,626, 20,627, 20,628, 20,629, 20,630.

Actions in the district court for Ramsey county to cancel certain benefit

[1] Reported in 164 N. W. 1016.

certificates or to determine the amount due and order payment. The cases were tried together before Kelly, J., who made findings and ordered judgment in favor of defendants. From orders denying its motion to set aside the form of judgment signed by the deputy clerk of court and enter judgment in accordance with the amended findings, plaintiff appealed. Reversed.

*William G. White*, for appellant.

*A. J. Hertz* and *James E. Markham*, for respondents.

PER CURIAM.

These cases are controlled by the decision in the case of National Council of the Knights and Ladies of Security v. Silver, supra, page 330, 164 N. W. 1013.

Order reversed.